**Motion for Rehearing Granted, Memorandum Opinion filed February 6, 2014 Withdrawn, Appeal Reinstated, and Order filed March 6, 2014.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-13-01031-CR

---

**FREDYS ALBERTO CERRITOS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 262nd District Court
Harris County, Texas
Trial Court Cause No. 1243158**

---

## O R D E R

On February 6, 2014, this Court issued an opinion dismissing this appeal. On February 21, 2014, appellant filed a motion for rehearing. The motion is granted.

This Court's opinion filed February 6, 2014, is withdrawn, and our judgment of that date is vacated.  The appeal is ordered reinstated.


PER CURIAM